Kathryn J. Halford (CA Bar No. 68141)
Email: khalford@wkclegal.com
Elizabeth Rosenfeld (CA Bar No. 106571)
Email: erosenfeld@wkclegal.com
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD
A Professional Corporation
16501 Ventura Boulevard, Suite 304
Encino, California 91436
Telephone: (818) 501-8030 ext. 331
Fax: (818) 501-5306

Attorneys for Plaintiffs the Boards of Directors of
the Motion Picture Industry Pension Plan, the Motion
Picture Industry Individual Account Plan, and
Motion Picture Industry Health Plan

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| THE BOARDS OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN, THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN, AND MOTION PICTURE INDUSTRY HEALTH PLAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>BZ COM MARKETING, INC., a California corporation,<br><br>      Defendant. | Case No. 08-cv-02956-DDP (JWJx)<br><br>**RENEWAL OF JUDGMENT BY CLERK** |

THE JUDGMENT DEBTOR, BZ COM MARKETING, INC., a California corporation having judgment entered against them on October 3, 2008:

Now, upon the application of the Boards of Directors of the Motion Picture Industry Pension Plan; The Motion Picture Industry Individual Account Plan, and

---

Motion Picture Industry Health Plan ("Plaintiff") and upon declaration that Defendant has failed to comply with the production of documents and records and failed to pay the total amount of said judgment and that judgment be renewed as follows:

1. Defendant BZ Com is hereby ordered to:

    A. Make available to the Plans all of the books and records concerning the classification of the employees of BZ Com, their names, social security numbers, the amount of wages paid to each, and the hours worked, including, but not limited to, Individual Time Cards and/or start slips; Individual payroll ledger; Quarterly returns filed with each state in which work was performed or filed with any other state agency; Accounts Payable/Cash Disbursement Journals (or canceled checks in lieu thereof); Quarterly returns filed with the Federal Government (Form 941); Cash Disbursement Journal; Canceled checks and the check stub register; Invoices and backup for Cash Disbursement Journal, canceled checks and the check stub register; Forms W-2 and W-3; Forms 1096's and 1099's; Workers' compensation carrier reports; General Ledger; Accounts Receivables and such other records as may be necessary in the opinion of the Plans' auditor, and any other records or information that the Plans require to examine for the period of January 2005 to date;

    B. Afford to the Plans both ample time and opportunity to examine all of BZ Com's materials specified above, without harassment, at such time and at such place as shall be convenient to the authorized representative of the Plans;

2. In the event BZ Com cannot produce all of the records which the Plans are required to examine, BZ Com is ordered to participate in record reconstruction, where BZ Com shall have 14 days to:

    A. Apply to the Federal and State agencies with which BZ Com previously filed periodic reports pertaining to employees for copies of BZ Com's reports to them for the period for which BZ Com cannot produce records; and

B. Subsequently make available to the Plans all such copies of BZ Com's periodic reports to the Federal and State agencies under the conditions set forth in 1(b) above,

3. BZ Com is further ordered to pay to the Plans;

A. $3,680.00 for reasonable attorneys' fees incurred in prosecuting this action;

B. $510.01 for costs of suit; and

C. All costs incurred by Plaintiffs in conducting the audit for the period of January 23, 2005 to date.

Dated: __June 21,__, 2018      _Sharon Hall-Brown_____
　　　　　　　　　　　　　　　　Sharon Hall-Brown
　　　　　　　　　　　　　　　　CLERK,
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

Presented by:
WOHLNER KAPLON CUTLER
HALFORD & ROSENFELD　　　　KIRY K. GRAY, CLERK OF COURT

DATED: June 21, 2018　　　Kathryn J. Halford
　　　　　　　　　　　　　WOHLNER KAPLON CUTLER
　　　　　　　　　　　　　HALFORD & ROSENFELD

　　　　　　　　　　　BY:　_/s/ Kathryn J. Halford_
　　　　　　　　　　　　　　KATHRYN J. HALFORD
　　　　　　　　　　　　　Attorneys for Plaintiffs the Boards of
　　　　　　　　　　　　　Directors of the Motion Picture Industry
　　　　　　　　　　　　　Pension Plan et al.